IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEMARIE MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-628 |
| | ) |
| UNIVERSITY OF PITTSBURGH | ) Judge McVerry |
| MEDICAL CENTER, | ) Magistrate Judge Hay |
| | ) |
| Defendant. | ) |

**O R D E R**

AND NOW, this 23rd day of August, 2007, after the plaintiff, Rosemarie Mahone, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendant, University of Pittsburgh Medical Center, and after a Motion for Denial of Defendant's Request for Summary Judgment was filed by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record and the motions, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that defendant's Motion for Summary Judgment [Doc. No. 21] is GRANTED, and plaintiff's Motion for Denial of Defendant's Request for Summary Judgment [Doc. No. 26] is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:  Honorable Amy Reynolds Hay
     United States Magistrate Judge

   Rosemarie Mahone
   704 Whitney Avenue
   Pittsburgh, PA 15221

   Brian D. Balonick, Esquire
   Terrence H. Murphy, Esquire
   Email: terrence.murphy@bipc.com
   Email: brian.balonick@bipc.com